UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DEMOS P. DEMOPOULOS, STEPHEN MALONE,
and MICHAEL SPINELLI, as Union Trustees and
Fiduciaries of the LOCAL 854 PENSION FUND and
the LOCAL 854 HEALTH AND WELFARE FUND,

                 Plaintiffs,

  - against -

JOHN CURCIO, WILLIAM CASSESE, and
KENNETH BARRETT, as Employer Trustees of the
LOCAL 854 PENSION FUND and the LOCAL 854
HEALTH AND WELFARE FUND,

                 Defendants.
------------------------------------------------------------------x

**ORDER ADOPTING REPORT AND RECOMMENDATION**
20-CV-1208 (RRM) (PK)

ROSLYNN R. MAUSKOPF, United States District Judge.

       In a report and recommendation dated January 10, 2021, (the "R&R"), Magistrate Judge Peggy Kuo recommended that the Court deny plaintiffs' motion for a preliminary injunction and compel plaintiffs to move forward with arbitration.  (R&R (Doc. No. 40).)  Judge Kuo advised the parties that they had 14 days from the date of that R&R in which to file objections.  (*Id.*)  The R&R was electronically served on January 10, 2021.  To date, neither party has filed an objection to the R&R.

       Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety.  *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).  Accordingly, it is

       ORDERED that the R&R is adopted in its entirety, that the motion for a preliminary injunction is denied, and that plaintiffs are compelled to move forward with arbitration pursuant to the Notice.

                                                          SO ORDERED.

SO ORDERED.

Dated: Brooklyn, New York
March 2, 2021

*Roslynn R. Mauskopf*

ROSLYNN R. MAUSKOPF
United States District Judge